CLOSED

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:20−mj−08002−DLB All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Soto | Date Filed: 01/06/2020 |
| Other court case number: 19cr1561 Southern District of Texas | Date Terminated: 01/06/2020 |

Assigned to: Magistrate Judge Dave Lee Brannon

**Defendant (1)**

**Rolando Enrique Soto, Jr.**  represented by  **Noticing FPD−WPB**
*TERMINATED: 01/06/2020*   (561) 833−6288
   Email: wpb_ecf@fd.org
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*
   *Designation: Public Defender Appointment*

**Pending Counts**   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**   **Disposition**

Removal of Petition for Action on Conditions of Pretrial Release from Southern District of Texas, Laredo Division, Case #5:19cr01561

**Plaintiff**

**USA**   represented by   **Gregory Schiller**
   U.S. Attorney's Office

500 S. Australian Ave.
Suite 400
West Palm Beach, FL 33401
954–789–6285
Email: gregory.schiller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/06/2020 | 1 | 3 | NOTICE OF HEARING as to Rolando Enrique Soto, Jr – Initial Appearance – Rule 5(c)(3)/40 set for 1/6/2020 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. (spe) (Entered: 01/06/2020) |
| 01/06/2020 | 2 | 6 | Magistrate Removal of Violation of Conditions of Pretrial Release from Southern District of Texas, Laredo Division Case number in the other District 5:19cr01561 as to Rolando Enrique Soto, Jr (1). (spe) (Entered: 01/06/2020) |
| 01/06/2020 | 3 | 9 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Dave Lee Brannon: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Rolando Enrique Soto, Jr held on 1/6/2020. Date of Arrest or Surrender: 1/6/2020.Defendant present and sworn. Defendant advised of charges, maximum penalties, and rights. Defendant questioned regarding appointment of counsel and found to be indigent. FPD appointed. The Court questions the defendant. The defendant waives removal, form executed and the Court finds the waiver knowing and voluntary. Defendant requests all further hearings be held in the Southern District of Texas. Warrant of Removal signed. Total time in court: 14 minutes. Attorney Appearance(s): Anthony Lacosta (AUSA); Peter Birch (AFPD). Attorney added: Noticing FPD–WPB for Rolando Enrique Soto, Jr. (Digital 10:29:21) Signed by Magistrate Judge Dave Lee Brannon on 1/6/2020. (spe) (Entered: 01/06/2020) |
| 01/06/2020 | 4 | 10 | WAIVER of Rule 5 & 5.1 Removal/Identity Hearings by Rolando Enrique Soto, Jr. (spe) (Entered: 01/06/2020) |
| 01/06/2020 | 5 | 11 | WARRANT OF REMOVAL ISSUED to District of Southern District of Texas as to Rolando Enrique Soto, Jr. Closing Case for Defendant. Signed by Magistrate Judge Dave Lee Brannon on 1/6/2020. *See attached document for full details.* (spe) (Entered: 01/06/2020) |

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Rolando Enrique Soto Jr.
*Defendant*

Case No. 5:19-CR-01561-001

RECEIVED
UNITED STATES MARSHAL
2019 DEC 26 AM 9:36
OPERATIONS
LAREDO, TX

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ROLANDO ENRIQUE SOTO JR.**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Petition for Action on Conditions of Pretrial Release ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: **Petition for Action on Conditions of Pretrial Release**

in violation of United States Code Section(s)

Date: December 26, 2019

*Martha Perez, Deputy Clerk*

City and state: Laredo, Texas

Hon. Marina Garcia Marmolejo, United States District Judge
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

3

PS 8
(Rev. 12/04)

**FILED**
2019 DEC 26 AM 5:38
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

# UNITED STATES DISTRICT COURT
for the Southern District of Texas
Laredo Division



U.S.A. vs. Rolando Enrique Soto Jr.      Docket #5:19CR01561-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Laura Isabel Cruz, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Rolando Enrique Soto Jr., who was placed under pretrial release supervision by the Honorable Diana Song Quiroga, in Court at the Southern District of Texas/Laredo Division, on the 4th day of October 2019, under the following conditions:

7 (m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner

## PREVIOUS COURT ACTION:

On 09/18/2019, the defendant was presented for initial appearance in the Southern District of Florida/West Palm Beach Division, on a criminal complaint originating in the Southern District of Texas/ Laredo Division for Alien Smuggling. The defendant was released on a $75,000 personal recognizance bond.

On 09/24/2019, the defendant was indicted in the instant offense.

On 10/04/2019, the defendant appeared before the Honorable Magistrate Judge Sam S. Sheldon. The defendant was remanded to custody as the Court amended the defendant's bond to include one co-surety and remove the home detention program condition.

On the same day, the defendant was re-released on bond and has been afforded supervision in the Southern District of Florida/ West Palm Beach Division.

On 11/05/2019, a Final Pretrial Conference was held before U.S. Magistrate Judge Diana Song Quiroga. The defendant pled guilty to count one of the indictment. Sentencing is set for February 24, 2020, before Your Honor.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On 12/17/2019, the U.S. Probation Officer from the SD/Florida notified that on 12/06/2019, the defendant submitted a urine specimen which tested positive for cocaine. The specimen was subsequently confirmed positive by Alere Toxicology Services. On 12/13/2019, the officer met with the defendant who admitted to the use of cocaine and stated that he has been stressed out since he recently lost his job. He further stated he was with some friends and used a cigarette laced with cocaine. On the same day, the defendant submitted a urine specimen which tested negative for any illicit drug use.

4

RECEIVED
UNITED STATES MARSHAL
2019 DEC 26  AM 9: 36
OPERATIONS
LAREDO, TX

Defendant: Rolando Enrique Soto Jr.
Docket No.: 5:19CR01561-001
Page 2

**PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT. A WARRANT GENERATED BY THIS PETITION WILL BE PLACED IN THE NATIONAL CRIMINAL INFORMATION CENTER SYSTEM.**

ORDER OF COURT

Considered and ordered this __23 rd__ day of __December__, 2019 and ordered filed and made a part of the records in the above case.

_____
Honorable Marina Garcia Marmolejo
United States District Judge

SUSPO:

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on  December 19, 2019

_____
Laura I. Cruz
U.S. Probation Officer
ext. 58509
Place:   Laredo, Texas

5

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Rolando Enrique Soto Jr.
*Defendant*

Case No. 5:19-CR-01561-001

**RECEIVED UNITED STATES MARSHAL**
2019 DEC 26 AM 9: 36
OPERATIONS
LAREDO, TX

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ROLANDO ENRIQUE SOTO JR.**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Petition for Action on Conditions of Pretrial Release ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: **Petition for Action on Conditions of Pretrial Release**

in violation of United States Code Section(s)

Date: December 26, 2019

*Martha Perez*, Deputy Clerk

City and state: Laredo, Texas

Hon. Marina Garcia Marmolejo, United States District Judge
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

6

PS 8
(Rev. 12/04)

**FILED**
2019 DEC 26 AM 5:38
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

# UNITED STATES DISTRICT COURT
for the Southern District of Texas
Laredo Division

**SEALED**

U.S.A. vs. Rolando Enrique Soto Jr.   Docket #5:19CR01561-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Laura Isabel Cruz, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Rolando Enrique Soto Jr., who was placed under pretrial release supervision by the Honorable Diana Song Quiroga, in Court at the Southern District of Texas/Laredo Division, on the 4th day of October 2019, under the following conditions:

7 (m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner

### PREVIOUS COURT ACTION:

On 09/18/2019, the defendant was presented for initial appearance in the Southern District of Florida/West Palm Beach Division, on a criminal complaint originating in the Southern District of Texas/ Laredo Division for Alien Smuggling. The defendant was released on a $75,000 personal recognizance bond.

On 09/24/2019, the defendant was indicted in the instant offense.

On 10/04/2019, the defendant appeared before the Honorable Magistrate Judge Sam S. Sheldon. The defendant was remanded to custody as the Court amended the defendant's bond to include one co-surety and remove the home detention program condition.

On the same day, the defendant was re-released on bond and has been afforded supervision in the Southern District of Florida/ West Palm Beach Division.

On 11/05/2019, a Final Pretrial Conference was held before U.S. Magistrate Judge Diana Song Quiroga. The defendant pled guilty to count one of the indictment. Sentencing is set for February 24, 2020, before Your Honor.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On 12/17/2019, the U.S. Probation Officer from the SD/Florida notified that on 12/06/2019, the defendant submitted a urine specimen which tested positive for cocaine. The specimen was subsequently confirmed positive by Alere Toxicology Services. On 12/13/2019, the officer met with the defendant who admitted to the use of cocaine and stated that he has been stressed out since he recently lost his job. He further stated he was with some friends and used a cigarette laced with cocaine. On the same day, the defendant submitted a urine specimen which tested negative for any illicit drug use.

7

Defendant: Rolando Enrique Soto Jr.
Docket No.: 5:19CR01561-001
Page 2

RECEIVED
UNITED STATES MARSHAL
2019 DEC 26 AM 9:36
OPERATIONS
LAREDO, TX

**PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT. A WARRANT GENERATED BY THIS PETITION WILL BE PLACED IN THE NATIONAL CRIMINAL INFORMATION CENTER SYSTEM.**

ORDER OF COURT

Considered and ordered this  23 rd  day of  December , 2019  and ordered filed and made a part of the records in the above case.

_____
Honorable Marina Garcia Marmolejo
United States District Judge

SUSPO:

TRUE COPY I CERTIFY
ATTEST:
DAVID J BRADLEY, Clerk of Court
By _____ Deputy Clerk

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on  December 19, 2019

_____
Laura I. Cruz
U.S. Probation Officer
ext. 58509
Place:  Laredo, Texas

8

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-WPB (wpb_ecf@fd.org), Gregory Schiller
(andrea.gonzalez@usdoj.gov, caseview.ecf@usdoj.gov, gregory.schiller@usdoj.gov,
usafls-brdkt@usdoj.gov, usafls-hqdkt@usdoj.gov), Magistrate Judge Dave Lee Brannon
(brannon@flsd.uscourts.gov)
--Non Case Participants: Federal Public Defender (fls_ecf@fd.org)
--No Notice Sent:

Message-Id:19582712@flsd.uscourts.gov
Subject:Activity in Case 9:20-mj-08002-DLB USA v. Soto Initial Appearance - Rule
5(c)(3)/Rule 40
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 1/6/2020 at 12:27 PM EST and filed on 1/6/2020

| | |
|---|---|
| **Case Name:** | USA v. Soto |
| **Case Number:** | 9:20–mj–08002–DLB |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**PAPERLESS Minute Order for proceedings held before Magistrate Judge Dave Lee Brannon: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Rolando Enrique Soto, Jr held on 1/6/2020. Date of Arrest or Surrender: 1/6/2020.Defendant present and sworn. Defendant advised of charges, maximum penalties, and rights. Defendant questioned regarding appointment of counsel and found to be indigent. FPD appointed. The Court questions the defendant. The defendant waives removal, form executed and the Court finds the waiver knowing and voluntary. Defendant requests all further hearings be held in the Southern District of Texas. Warrant of Removal signed. Total time in court: 14 minutes. Attorney Appearance(s): Anthony Lacosta (AUSA); Peter Birch (AFPD). Attorney added: Noticing FPD–WPB for Rolando Enrique Soto, Jr. (Digital 10:29:21) Signed by Magistrate Judge Dave Lee Brannon on 1/6/2020. (spe)**


**9:20–mj–08002–DLB–1 Notice has been electronically mailed to:**

Noticing FPD–WPB &nbsp &nbsp wpb_ecf@fd.org

Gregory Schiller &nbsp &nbsp gregory.schiller@usdoj.gov, andrea.gonzalez@usdoj.gov, CaseView.ECF@usdoj.gov, usafls–brdkt@usdoj.gov, usafls–hqdkt@usdoj.gov

**9:20–mj–08002–DLB–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 20-mj-8002-DLB

United States of America
    Plaintiff,
v.

Charging District's Case No. 19-cr-1561

ROLANDO ENRIQUE SOTO JR.,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Southern District of Texas.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   1-6-2020

X _____
    Defendant's Signature

_____
Dave Lee Brannon
UNITED STATES MAGISTRATE JUDGE

10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: 20-mj-8002-DLB

United States of America
    Plaintiff,
v.

Charging District's Case No. 19-cr-1561

ROLANDO ENRIQUE SOTO JR.

**WARRANT OF REMOVAL**
REG#:_____

    Defendant.
_____/

A(n) ☐ Complaint

☐ Indictment

☐ Information

☑ Probation Violation Warrant

☐ Bench Warrant

having been filed in the Southern District of Texas, and the defendant having

☐ surrendered     ☑ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

☑ waived further hearing     ☐ been given a hearing in accordance with **Fed.R.Crim.P.5(c).**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this ___6th___ day of ___January___, 2020.

DAR NO: 10:29:21

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

c:     AUSA
        Defense
        Pretrial Services
        U.S. Marshal (2 certified copies)

11